CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JAN 2 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SCOTT SHIFFLETT, ) | |
| ) | Civil Action No. 7:06-CV-00404 |
| Petitioner, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | By: Hon. James C. Turk |
| UNITED STATES OF AMERICA, ) | |
| ) | Senior United States District Judge |
| Respondent. ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent United States' Motion to Dismiss (Docket No. 12) is **GRANTED** and Petitioner Scott Shifflett's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 1) shall be and hereby is **DISMISSED**. The Clerk of Court is directed to strike the case from the active docket of the court and to send a copy of this Final Order and accompanying Memorandum Opinion to counsel of record for the Petitioner and Respondent.

ENTER: This 22nd day of January, 2009.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge